# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PICTURE ME PRESS, LLC, | ) | CASE NO.:  5:08CV32 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CPI IMAGES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 12, 2009, the parties appeared before the Court for trial.  Following opening statements, the parties reached a settlement agreement resolving this matter.  Therefore, the docket will be marked "settled and dismissed without prejudice."  The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order.  This Court retains jurisdiction over the settlement.

Based upon agreement of the parties, jury costs will be split evenly between Plaintiff Picture Me Press and Defendants CPI Images, LLC and CPI Corp.

IT IS SO ORDERED.

August 12, 2009          _____/s/ Judge John R. Adams_____
                         JUDGE JOHN R. ADAMS
                         UNITED STATES DISTRICT COURT